IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

*#1 Copy Clerk of U.S. Court and Justice*

FILED
DEC 13 2007

Jesse Lu
Inmate # B27297
_____
Plaintiff/Petitioner(s),

-vs-

Jones et al
_____
_____
_____
Defendant/Respondent(s).

Docket No. 07-857-JPG
(To be supplied by the Clerk)

[X] CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

[ ] CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

[ ] CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

I.  **JURISDICTION**

A.  Plaintiff's mailing address and/or register number and present place of confinement.
    #B27297, - PO BOX 99, Pontiac Ill. 61764-0099

B.  Defendant M. eddie Jones is employed as
    (Name of First Defendant)
    CAO; Warden
    (Position/Title)
    with State of Illinois; IDOC, Pontiac correctional
    (Employer's Name and Address)
    Center, PO BOX 99, Pontiac Ill 61764-0099

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?
            Yes [X]     No ( )
If your answer is "yes", briefly explain:
    Chief administration officer.

Rev. 2/00

*Oral argument Requested*

C.  Defendant _Mr. J. Mathy_ is employed as
    (Name of Second Defendant)
    _Assistant Warden_
    (Position/Title)
    with _State of Illinois; IDOC, Pontiac Correctional_
    (Employer's Name and Address)
    _Center, PO Box 99, Pontiac Ill. 61764-0099_

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

  Yes (X)    No ( )

If your answer is "yes", briefly explain:
_Assistant Warden_

D.  Using the outline of the form provided, include the above information for any additional defendant(s).
_#3 Correctional Officer, Brocket 11-3 Shift Pontiac._

II. PREVIOUS LAWSUITS

A.  Have you begun any other lawsuits in state or federal court relating to your imprisonment?

  Yes (X)    No ( )

B.  If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**
_X 2 cases, Civil Rights in Nature 07-405-JBG, 07-749-JBG. Violation 8 amend Cruel and Unusual Punishment. Violation of Both State of Illinois and United States Constitutions_

1. Parties to previous lawsuits:
   Plaintiff(s) _Jesse Lee_

   Defendant(s) _Sgt Dunn et al — Hulick et al_

2. Court (if Federal Court, name the District; if State Court, name the County)
   _Southern District of Illinois_

3. Docket number _07-405-JPI , 07-749-JPG_

4. Name of Judge to whom case was assigned _Mr. Phil Gilbert_

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)
   _Civil Rights action._

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?) _It is still Pending_

7. Approximate date of filing lawsuit _June and October, 2007_

8. Approximate date of disposition _undecided_

### III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? _yes_

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes (✓) No ( )

C. If your answer is "yes",
   1. What steps did you take? _I filed grievances, multiple in number and its all connected in substance and in facts in Relation to Menard Correctional Center_
   2. What was the result? _Nothing._

D. If your answer is "no", explain why not. _____

- 3 -

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes (✓) No ( ) *and, there is a grievance procedure*

F. If your answer is "yes",
1. What steps did you take? *I directed it to employees of state Mr. Angus and Dr. Fisher both of whom are the Mental Health sup. As well as many Leeiutnants and Sgts.*
2. What was the result? *Nothing ignored.*

G. If your answer is "no", explain why not. *Ill explain in Complaint. Pontiac refuses, to surrender copy of Trust fund Transaction statement.*

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: *Its been a total of approx 2 months explain more in Complaint see front and backside of Page 4 and possibly page 5 Both front and Back.*

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, <u>attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.</u>

<u>Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.</u> Additionally, attach any relevant, supporting documentation.

*Shortly after arriving at Pontiac correctional ctr in 9-8-07. I came under fire by pontiac correctional employees of IDOC of the State of Illinois. At arriving at Pontiac Correctional ctr, I was put through intake and immediately placed in North cell house on 5 gallery in 503. Shortly thereafter, I started speaking to an inmate closeby. (name not given at this time). asking to reserve the Right to bring forth any unknown witnesses in the future Please). towards the beginning of 9/2007, I was standing at the door talking to another inmate seen nearby. when at about 6:30 or 7:00 Am, the assistant warden Mr mathy walks by my cell at N503 and states, quote" Dont do this please" - end quote. It was then I started being retaliated*

here →

against by employees of Pontiac correctional center, IDOC; state of Illinois, Location in segregation, solitary confinement in North Cell house 5 and 3 gallery. I was in cell 503 and currently in cell N337. I was moved out of cell 503 for unknown reasons to cell N337 at which time Mr. Angus came and said quote "I'm putting you here to be observed" endquote. Everytime I leave my cell C/O Brocket comes in my cell at N337 and takes my property, and more than once. I came back in my cell at N337, and find my pictures of my son Tyler, ripped up. My religious certificate of Country wide ministries, Pastor Ray Whitmer of Dellslow WV., were ripped up. I wrote a letter to the Lieutenant and he said, ah, I believe my officers over you. I told this Lieutenant I was writing a letter to the U.S. Judge Phil Gilbert, and the Lieutenant said so what screw that Judge, he can't do anything. Furthermore the Lieutenant said one affadavit cancels out the other. It's been 2 months they have taken my sheets and blanket 2 months and it's winter time. Now my mattress is gone after I went to the Dentist to get my Dental Impression and Dentures made. I have no mattress as of today 12-10-07. No bed linen as of 12-10-07. I'm stripped out because I filed those lawsuits against Menard. correctional center, 711 Kaskaskia st. Menard Ill. 62259. C/O Brocket said I was going to clean the floor with my tongue. If I filed a complaint on him. I need help Mr. Gilbert they took all my bibles and mail Both religious and Legal, Both mail and stuff from the U.S. Court Clerk. I sent to the law library and what they sent to me, to have access to the courts, C/O Brocket took it from me. I'm cold and they won't give me any linen etc. or clothing. I've talked to everyone I can no one does anything. I asked the inmate workers for help and they said, they told us not to do anything for cell N337. My neighbors of color, had to sneak me a pen and paper. So the officers won't take it.

go front Page 5 →

I have my mail from the Court clerk yesterday, the postage was 4.60. It was my 10 Pack U.S. complaints request. It's about 4:00 AM today, early morning before 7-3 shift. I have to hide my property from C/O Brockett and his fellow employees so he doesn't take it. I have only my fan and my jumpsuit, my shoes, and this recently received Legal Pack from the U.S. clerk of Benton, Illinois. I know that employees within Pontiac, the Dept of Corrections, of the State of Illinois, are going to explain away as to irrelevant matters, but, the fact that this Complaint has evolved from Menard Correctional cts, 711 Kaskaskia St Menard Ill 62259-0711, should be reason enough to establish in conclusion there does exist an issue of Cruel and Unusual punishment, as outlined in both the U.S. and Illinois constitutions. These defendants have acted and insist on acting under Color of State Law as in the meaning thereof. I'm stripped out, middle of winter, deprived once again of my sacred religious materials, that I'm entitled to therein under various constitutional provisions. According to the state of Illinois and U.S. constitution, I am to be secure in my person, property and papers as well as other first amend. protection in connection with 07-405-IPC Sgt Dunn et al, this as well as 07-405-114 as well as 07-749-IPC and multiple affidavits have well established cruel and unusual punishment and with this I state my claim seeing each defendant in their individual and official capacities. I would furthermore like to address the issue of malnutrition as being cruel and unusual between the dates of 11-15-07 and 12-10-07, C/o Brockett 7-3 shift, Pontiac Correctional cts., Pontiac Ill 61764; so a state of Illinois employee denied me a total of 24 trays of food. Yes, and I'm under oath right now. I've told the assistant warden, M. Mathy, I've sent grievances to CAO, Mr. Jones, they know. Albeit, they are employees of Pontiac Correctional cts; IDOC, State of Illinois and so what, they have no right to treat anyone any human being cruel and/or unusual. And, George Washington and the Constitution, the United States Constitution says no. These three defendants are not above the Law. Contrary to popular belief, they are not exempt of punishment. Both wardens M. Mathy and M. Jones have knowledge and they fail to correct it. It's voluntary on their part. The Law in part or as a whole applies to everyone. And Warden Jones and Mathy say all we have to serve you is one tray of food per day. Enough is enough. I want to address the issue of Jurisdiction, I understand this Complaint arose out of the Central District, but, I would like to ask the Court, I pray, in lieu of agreement with the Central district to allow me

-5-

Back of 5 →

to be able to proceed before U.S. Justice Phil Gilbert seen how this is related both in substance and facts of case 07-405-JPG. I dont see any problems, this is a seperate Complaint to be filed seperately from 07-405-JPG and 07-749-JPG. and in the event should the Southern District not be able to hear this, I would ask that a notice be forwarded with this Complaint to the proper District by the Court, Letting the Court be made aware of the circumstances in the other cases. and that there is no change. all Defendants Mr. Brocker, Mr. Mathy, Mr. Fines has acted and still continue to act under color of state law at all times relevant to this Complaint. I would ask the Southern District Justice Phil Gilbert to take Jurisdiction over my persons, property etc. anywhere, within IDOC; State of Illinois and Jurisdiction over this Complaint. I pray

Submitted by a
Representative of Christ
Respectfully yours
Rev. Jesse Lee
12-10-07
Prison Ministries for Christ
Founder.

## V. REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

a trial by Jury, monetary damages, allow me a (TRO) Temporary Restraining Order, against named defendant x3. any and all Relief in question and/or given at the Hand of a Jury Just and/or the U.S. District-Judge, Mr. Phil Gilbert and/or whoever else may be assigned. I would also ask the Court to reserve my Rights to bring forth witnesses at a Later Date. I would further ask the Court to demand a Hault to the abuse towards me. I have suffered permanent injury a Knot on my Right forehead as a Result of IDOC employees and their instigating assaults on me by inmates and officers as well. maybe with the courts Help the abuse will stop. I pray

## VI. JURY DEMAND *(check one box below)*

The plaintiff does ☒    does not ☐    request a trial by jury. (See Fed.R.Civ.P. 38.)

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 10th day of December, 2007.

Prison minister for christ
Rev. Jesse Lu
_____
Signature of Plaintiff

May our Lord and Savior keep you in the Palm of His Right hand. Be Blessed Justices of the Court. U.S.

Pro se
_____
Signature of attorney, if any

Rev. 2/80

- 6 -